DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN A. GOSMAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-665

[June 17, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey Dana Gillen, Judge; L.T. Case No. 50-1994-CF-011357-AXXX-MB.

John Gosman, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***